**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF OREGON; CITY OF PORTLAND; STATE OF CALIFORNIA,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PETER HEGSETH, in his official capacity as Secretary of Defense; UNITED STATES DEPARTMENT OF DEFENSE; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants - Appellants. | Nos. 25-6268, 25-7194<br><br>D.C. No. 3:25-cv-01756-IM<br>District of Oregon, Portland<br><br>**ORDER** |

MURGUIA, Chief Judge:

On January 27, 2026, Defendants-Appellants moved to dismiss the consolidated appeals pursuant to Federal Rule of Appellate Procedure 42(b)(2). Case No. 25-6268, Dkt. 112; Case No. 25-7194, Dkt. 25. Plaintiffs-Appellees filed a response (Case No. 25-6268, Dkt. 114; Case No. 25-7194, Dkt. 26), and Defendants-Appellants filed a reply (Case No. 25-6268, Dkt. 115; Case No. 25-7194, Dkt. 27).

Defendants-Appellants' motion to dismiss is granted. The consolidated appeals (Case Nos. 25-6268 & 25-7194) are DISMISSED, with each party bearing its own costs. Defendants-Appellants' earlier motion to dismiss (Case No. 25-6268, Dkt. 91) is denied as moot. This order constitutes the mandate of the court.